IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLIE OWEN, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:10-00199 |
| | ) JUDGE HAYNES |
| METAL SALES MANUFACTURING CORPORATION, | ) |
| Defendant. | ) |

### ORDER

The case management conference is reset for **Monday, April 26, 2010 at 2:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 19th day of April, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge